1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2766
   Facsimile: (916) 554-2900
5
   For the UNITED STATES OF AMERICA
6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  CR. No. 2:11-CR-00189 FCD
                                  )
12              Plaintiff,        )
                                  )  STIPULATION AND ORDER TO CONTINUE
13      v.                        )  STATUS HEARING AND TO EXCLUDE TIME
                                  )  UNDER THE SPEEDY TRIAL ACT
14                                )
                                  )  **[18 U.S.C. § 3161(h)]**
15 ROBERTO CEJA SANDOVAL,         )
                                  )
16              Defendant.        )
                                  )
17                                )
                                  )
18 _____)

19      This case is currently scheduled for a status hearing on May

20 23, 2011.  Counsel for the United States has communicated with

21 counsel for defendant, and has been informed that counsel for

22 defendant requests additional discovery and needs time to review the

23 discovery that has provided in this case and to prepare for his

24 client's defense.

25      Based on these facts, the parties stipulate and agree that the

26 trial delay and exclusion of time requested herein is necessary to

27 provide defense counsel reasonable time to prepare his client's

28 defense taking into account due diligence.  The parties further

                                 1

1  stipulate and agree that the ends of justice to be served by

2  granting the requested continuance outweigh the best interests of

3  the public and the defendant in a speedy trial.  The parties,

4  through their respective counsel, hereby stipulate and agree that

5  the status conference scheduled in this case for May 23, 2011,

6  should be continued until June 20, 2011 at 10:00 a.m.  In addition,

7  the parties stipulate that the time period from May 23, 2011, to

8  June 20, 2011, should be excluded under the Speedy Trial Act, 18

9  U.S.C. §3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the

10  need to provide defense counsel with the reasonable time to prepare.

11  A proposed order is attached and lodged separately for the Court's

12  convenience.

13                                    Respectfully submitted,

14  DATED: May 16, 2011              BENJAMIN B. WAGNER
                                      United States Attorney

15
                                     By: /s/ Todd A. Pickles
16                                       TODD A. PICKLES
                                         Assistant U.S. Attorney
17
                                     For the United States of America
18

19  DATED: May 16, 2011

20                                   By: /s/ Todd A. Pickles for
                                         STEVE E. TEICH
21
                                     For Defendant Roberto Sandoval
22

23

24

25

26

27

28

1

2                    IN THE UNITED STATES DISTRICT COURT

3                 FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5   UNITED STATES OF AMERICA,      )  CR. No. 2:11-CR-00189 FCD
                                   )
6                  Plaintiff,      )
                                   )  ORDER TO CONTINUE STATUS HEARING
7        v.                        )  AND TO EXCLUDE TIME UNDER THE
                                   )  SPEEDY TRIAL ACT
8                                  )
                                   )  **[18 U.S.C. § 3161(h)]**
9   ROBERTO CEJA SANDOVAL,         )
                                   )
10                 Defendant.      )
                                   )
11                                 )
                                   )
12  _____)

13        Based on the reasons set forth in the stipulation of the

14  parties filed on May 16, 2011, and good cause appearing therefrom,

15  the Court adopts the stipulation of the parties in its entirety.

16        IT IS HEREBY ORDERED that the status conference currently

17  scheduled for Monday, May 23, 2011, is VACATED and that the case is

18  SET for a status hearing on **June 20**, at **10:00 a.m.**

19        The Court further finds that the ends of justice that will be

20  served by granting a continuance outweigh the best interests of the

21  public and the defendant in a speedy trial.  Accordingly, IT IS

22  HEREBY ORDERED that, for the reasons stated in the parties' May 16,

23  2011, stipulation, the time within which the trial of this matter

24  must be commenced under the Speedy Trial Act is EXCLUDED during the

25  time period from May 19, 2011, through June 20, 2011, pursuant to 18

26  U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the

27  need to provide defense counsel with the reasonable time to prepare

28  taking into account due diligence.

                                     3

1        IT IS SO ORDERED.

2

3 DATED: May 16, 2011

                                    FRANK C. DAMRELL, JR.
4                                   UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4