```
BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2766
Facsimile: (916) 554-2900

For the UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ROBERTO CEJA SANDOVAL,<br><br>        Defendant.<br>_____ | CR. No. 2:11-CR-00189 FCD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>**[18 U.S.C. § 3161(h)]** |

This case is currently scheduled for a status hearing on June 20, 2011. Counsel for the United States has communicated with counsel for defendant, and has been informed that counsel for defendant requests additional discovery and needs time to review the discovery that has provided in this case and to prepare for his client's defense. Further, the United States has produced additional discovery and is in the process of obtaining additional discovery sought by defendant.

Based on these facts, the parties stipulate and agree that the trial delay and exclusion of time requested herein is necessary to

provide defense counsel reasonable time to prepare his client's defense taking into account due diligence.  The parties further stipulate and agree that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.  The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for June 20, 2011, should be continued until August 1, 2011 at 10:00 a.m.  In addition, the parties stipulate that the time period from June 20, 2011, to August 1, 2011, should be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare. A proposed order is attached and lodged separately for the Court's convenience.

Respectfully submitted,

DATED: June 16, 2011

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Todd A. Pickles
TODD A. PICKLES
Assistant U.S. Attorney

For the United States of America

DATED: June 16, 2011

By: /s/ Todd A. Pickles for
STEVE E. TEICH

For Defendant Roberto Sandoval

1
2                    IN THE UNITED STATES DISTRICT COURT
3                   FOR THE EASTERN DISTRICT OF CALIFORNIA
4

| | | |
|---|---|---|
| 5  UNITED STATES OF AMERICA, | ) | CR. No. 2:11-CR-0189 FCD |
| 6           Plaintiff, | ) ) | |
| 7      v. | ) ) ) | ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| 8 | ) ) | |
| 9  ROBERTO CEJA SANDOVAL, | ) ) | **[18 U.S.C. § 3161(h)]** |
| 10           Defendant. | ) ) | |
| 11 | ) ) | |
| 12 _____ | ) | |

13    Based on the reasons set forth in the stipulation of the
14 parties filed on June 16, 2011, and good cause appearing therefrom,
15 the Court adopts the stipulation of the parties in its entirety.
16    IT IS HEREBY ORDERED that the status conference currently
17 scheduled for Monday, June 20, 2011, is VACATED and that the case is
18 SET for a status hearing on **August 1, 2011**, at **10:00 a.m.**
19    The Court further finds that the ends of justice that will be
20 served by granting a continuance outweigh the best interests of the
21 public and the defendant in a speedy trial.  Accordingly, IT IS
22 HEREBY ORDERED that, for the reasons stated in the parties' June 16,
23 2011, stipulation, the time within which the trial of this matter
24 must be commenced under the Speedy Trial Act is EXCLUDED during the
25 time period from June 20, 2011, through August 1, 2011, pursuant to
26 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the
27 need to provide defense counsel with the reasonable time to prepare
28 taking into account due diligence.

**IT IS SO ORDERED.**

DATED: June 17, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE