```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD A. PICKLES
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2766
    Facsimile: (916) 554-2900
 5
    For the UNITED STATES OF AMERICA
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     ) CR. No. 2:11-CR-00189 FCD
                                  )
12             Plaintiff,         )
                                  ) STIPULATION AND ORDER TO CONTINUE
13     v.                         ) STATUS HEARING AND TO EXCLUDE TIME
                                  ) UNDER THE SPEEDY TRIAL ACT
14                                )
                                  ) [18 U.S.C. § 3161(h)]
15  ROBERTO CEJA SANDOVAL,        )
                                  )
16             Defendant.         )
                                  )
17                                )
                                  )
18  _____ )
```

19     This case is currently scheduled for a status hearing on August

20  1, 2011.  Counsel for the United States has communicated with

21  counsel for defendant, and has been informed that counsel for

22  defendant needs time to review the discovery that has provided in

23  this case, including discovery produced this week, and to research a

24  possible motion to suppress, all of which are necessary to prepare

25  for his client's defense.

26     Based on these facts, the parties stipulate and agree that the

27  trial delay and exclusion of time requested herein is necessary to

28  provide defense counsel reasonable time to prepare his client's

1

1  defense taking into account due diligence.  The parties further
2  stipulate and agree that the ends of justice to be served by
3  granting the requested continuance outweigh the best interests of
4  the public and the defendant in a speedy trial.  The parties,
5  through their respective counsel, hereby stipulate and agree that
6  the status conference scheduled in this case for August 1, 2011,
7  should be continued until September 19, 2011 at 10:00 a.m.  In
8  addition, the parties stipulate that the time period from August 1,
9  2011, to September 19, 2011, should be excluded under the Speedy
10 Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv), and Local Code T4,
11 due to the need to provide defense counsel with the reasonable time
12 to prepare.  A proposed order is attached and lodged separately for
13 the Court's convenience.

Respectfully submitted,

DATED: July 29, 2011              BENJAMIN B. WAGNER
                                  United States Attorney

                                  By: */s/ Todd A. Pickles*
                                  TODD A. PICKLES
                                  Assistant U.S. Attorney

                                  For the United States of America

DATED: July 29, 2011

                                  By: */s/ Todd A. Pickles for*
                                  STEVE E. TEICH

                                  For Defendant Roberto Sandoval

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ROBERTO CEJA SANDOVAL,<br><br>　　　　　　Defendant.<br>_____ | CR. No. 2:11-CR-00189 FCD<br><br>ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>**[18 U.S.C. § 3161(h)]** |

Based on the reasons set forth in the stipulation of the parties filed on June 16, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.

IT IS HEREBY ORDERED that the status conference currently scheduled for Monday, August 1, 2011, is VACATED and that the case is SET for a status hearing on **September 19, 2011**, at **10:00 a.m.**

The Court further finds that the ends of justice that will be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 29, 2011, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is EXCLUDED during the time period from August 1, 2011, through September 19, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

1     **IT IS SO ORDERED.**
2
3  DATED: July 29, 2011
                                    _____
4                                   FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE

4