BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2766
Facsimile: (916) 554-2900

For the UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERTO CEJA SANDOVAL,<br><br>　　　　　　Defendant.<br>_____ | CR. No. 2:11-CR-00189 FCD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>**[18 U.S.C. § 3161(h)]** |

　　　This case is currently scheduled for a status hearing on September 19, 2011.  Counsel for the United States has communicated with counsel for defendant, and has been informed that counsel for defendant needs time to review the discovery that has provided in this case, and to research and draft a motion to suppress, all of which are necessary to prepare for his client's defense.

　　　Based on these facts, the parties stipulate and agree that the trial delay and exclusion of time requested herein is necessary to provide defense counsel reasonable time to prepare his client's defense taking into account due diligence.  The parties further

1

1  stipulate and agree that the ends of justice to be served by
2  granting the requested continuance outweigh the best interests of
3  the public and the defendant in a speedy trial.  The parties,
4  through their respective counsel, hereby stipulate and agree that
5  the status hearing scheduled in this case for September 19, 2011,
6  should be continued until November 7, 2011 at 10:00 a.m.  In
7  addition, the parties stipulate that the time period from September
8  19, 2011, to November 7, 2011, should be excluded under the Speedy
9  Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv), and Local Code T4,
10 due to the need to provide defense counsel with the reasonable time
11 to prepare.  A proposed order is attached and lodged separately for
12 the Court's convenience.

                                      Respectfully submitted,

DATED: September 15, 2011             BENJAMIN B. WAGNER
                                      United States Attorney

                                      By: */s/ Todd A. Pickles*
                                         TODD A. PICKLES
                                         Assistant U.S. Attorney

                                      For the United States of America

DATED: September 15, 2011

                                      By: */s/ Todd A. Pickles for*
                                         STEVE E. TEICH

                                      For Defendant Roberto Sandoval

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROBERTO CEJA SANDOVAL,<br><br>　　　　　Defendant. | ) CR. No. 2:11-CR-00189 FCD<br>)<br>)<br>) ORDER TO CONTINUE STATUS HEARING<br>) AND TO EXCLUDE TIME UNDER THE<br>) SPEEDY TRIAL ACT<br>)<br>) **[18 U.S.C. § 3161(h)]**<br>) |

　　　Based on the reasons set forth in the stipulation of the parties filed on September 15, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.

　　　IT IS HEREBY ORDERED that the status conference currently scheduled for Monday, September 19, 2011, is VACATED and that the case is SET for a status hearing on **November 7, 2011**, at **10:00 a.m.**

　　　The Court further finds that the ends of justice that will be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 15, 2011 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is EXCLUDED during the time period from September 19, 2011, through November 7, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the need to provide defense counsel with the

1 | reasonable time to prepare taking into account due diligence.
2 |     IT IS SO ORDERED.
3 |
4 | DATED: September 15, 2011
5 |                                         FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE