**STEVE EMERY TEICH**
Cal. State Bar No. **78397**
1390 Market Street
Fox Plaza, Suite 310
San Francisco, CA 94102
Telephone: (415) 864-5494

Attorney for Defendant
**ROBERTO CEJA SANDOVAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
UNITED STATES OF AMERICA,

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CR. No. 2:11-CR-00189 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO SET SCHEDULE FOR MOTION TO SUPPRESS AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT [18 U.S.C. § 3161(h)]** |
| v. | |
| **ROBERTO CEJA SANDOVAL**, | |
| Defendant. | |

This case is currently scheduled for a motion to suppress on March 16, 2012. The United States subpoened and defendant received in mid-December 2011, documents from the Shasta County Sheriff's Office. Defendant has diligently reviewed the documents received, investigated those documents, and reviewed the law as it relates to those documents in this case. This research and investigation has demonstrated to defense counsel that there is still documentation that needs to be obtained from the Shasta County Sheriff's Office in order to fairly litigate this issue.

Defense counsel has prepared a subpoena for those documents and sent the subpoena to the court clerk for issuance (see attached). Because of the necessary delay to obtain these additional documents from the sheriff's defense requests and the United States has no objection to resetting the filing and motions dates for the motion to suppress. Defense therefore proposes the following briefing schedule on Defendant's anticipated motion to suppress:

Deadline for Defendant to file motion to suppress April 6, 2012

Deadline for United States's opposition: April 27, 2012

Deadline for Defendant's reply: May 11, 2012

Hearing on motion: May 25, 2012

Based on these facts, the parties stipulate and agree that the trial delay and exclusion of time requested herein is necessary to provide defense counsel reasonable time to prepare his client's defense taking into account due diligence. The parties further stipulate and agree that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties, through their respective counsel, hereby stipulate and request that the hearing on the motion to suppress scheduled in this case for March 16, 2012, at 9:00 a.m, should be vacated and the matter set for a hearing on Defendant's motion to suppress for May 25, 2012, at 9:00 a.m., as soon thereafter as may be heard by the Court. In addition, the parties stipulate that the time period from January 26, 2012, to May 25, 2012, should be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that time thereafter will be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D) and Local Code E for consideration of the motion to suppress to be filed on or before April 6, 2012. A proposed order is attached and lodged separately for the Court's convenience.

DATED: January 26, 2012     Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: */s/ Steve E. Teich*
TODD A. PICKLES
Assistant U.S. Attorney
For the United States of America

DATED: January 26, 2012

By: */s/ Steve E. Teich for*
STEVE E. TEICH
For Defendant Roberto Sandoval

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                              )<br>        Plaintiff,                       )<br>                                              )<br>v.                                          )<br>                                              )<br>ROBERTO CEJA SANDOVAL,   )<br>                                              )<br>        Defendant.                    )<br>_____  ) | CR. No. **2:11-CR-00189 GEB**<br><br>**[PROPOSED] ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT [18 U.S.C. § 3161(h)]** |

      Based on the reasons set forth in the stipulation of the parties filed on January 26, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety, including the schedule for briefing on Defendant's anticipated motion to suppress.

      **IT IS HEREBY ORDERED** that the status motion to suppress currently scheduled for January March 16, 2012, is VACATED and that the case is set for a hearing on Defendant's motion to suppress on **May 25, 2012,** at **9:00 a.m.** or as soon thereafter as may be heard by the Court.

      The Court further finds that the ends of justice that will be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, **IT IS HEREBY ORDERED** that, for the reasons stated in the parties' January 26, 2012 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is EXCLUDED during the time period from January 26, 2012, through May 25, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence. Time thereafter will be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D) and Local Code E, for

consideration of Defendant's motion to suppress scheduled as follows:

    Deadline for Defendant to file motion to suppress: April 6, 2012.

    Deadline for United States' opposition: April 27, 2012.

    Deadline for Defendant 's reply: May 11, 2012.

    Hearing Motion May 25, 2012.

**IT IS SO ORDERED.**

Dated:  January 26, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

4