HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ROBERTO CEJA SANDOVAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERTO CEJA SANDOVAL,<br><br>　　　　　Defendant. | No.  Cr. S 11-189 GEB<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable GARLAND E. BURRELL |

　　　　Defendant, ROBERTO CEJA SANDOVAL, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

　　　　1.　　Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

　　　　2.　　On December 14, 2012, this Court sentenced Mr. Sandoval to a term of 70 months imprisonment;

　　　　3.　　His total offense level was 27, his criminal history category was I, and the resulting guideline range was 70 to 87 months;

4. The sentencing range applicable to Mr. Sandoval was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Sandoval's total offense level has been reduced from 27 to 26, and his amended guideline range is 63 to 78 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Sandoval's term of imprisonment to a total term of 63 months.

Respectfully submitted,

Dated:  June 4, 2015                                      Dated:   June 4, 2015

BENJAMIN B. WAGNER                          HEATHER E. WILLIAMS
United States Attorney                              Federal Defender

 /s/ *Jason Hitt*                                                /s/ *David M. Porter*
JASON HITT                                              DAVID M. PORTER
Assistant U.S. Attorney                             Assistant Federal Defender

Attorney for Plaintiff                                  Attorney for Defendant
UNITED STATES OF AMERICA              ROBERTO CEJA SANDOVAL

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Sandoval is entitled to the benefit Amendment 782, which reduces the total offense level from 27 to 26, resulting in an amended guideline range of 63 to 78 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in December 2012 is reduced to a term of 63 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Sandoval shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  June 5, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge